B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  Judy Marie Napolitano                              Case No.  15-10079

_____

_____

_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as                FV-1, Inc., in trust for (See B10)
Trustee of the Igloo Series II Trust                    C/O Specialized Loan Servicing LLC

_____          _____
            Name of Transferee                              Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): _____4_____
should be sent: c/o SN Serving Corporation              Amount of Claim: $225,227.28_____
                323 5th Street                          Date Claim Filed: 05/19/2015_____
                Eureka, CA  95501

Phone: __(800) 603-0836_____             Phone: _____
Last Four Digits of Acct #: _____7561_____       Last Four Digits of Acct. #: ____6162____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Michelle Ghidotto_____          Date: 08/12/2016_____
            Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Central_____ District Of Caifornia_____

In re Judy Marie Napolitano_____          Case No. 15-10079_____

_____

_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

FV-1, Inc., in trust for
C/O Specialized Loan
Servicing LLC

Address of Alleged Transferor:

C/O Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Name of Transferee

U.S. Bank Trust National
Association, as Trustee of
the Igloo Series II Trust

Address of Transferee:

C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                        _____
                                                   **CLERK OF THE COURT**

SN SERVICING CORPORATION

[illegible address block]

August 4, 2016

JUDY NAPOLITANO
10931 ROYCROFT ST
SUN VALLEY CA 91352

RE:  **New Loan Number:**
Old Loan Number:
Collateral: 10931 ROYCROFT STREET UNIT 56, SUN VALLEY CA

### NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred. If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g. homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605). When a state law requires this notice, this notice is being provided to you under state law. When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Specialized Loan Servicing, LLC to SN Servicing Corporation for [illegible] Series [illegible] Trust, effective August 2, 2016.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

Your present servicer is Specialized Loan Servicing, LLC. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (800) 315-4825 Monday through Friday, between 6:00 a.m. and 6:00 p.m. Mountain Time. This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St., Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 603-0836. If you have any questions relating to the transfer of servicing to your new servicer call Michaela Rios at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is August 1, 2016. The date that your new servicer will start accepting payments from you is August 2, 2016. Send all payments on or after August 2, 2016 to your new servicer.

Make your payments payable to:       SN Servicing Corporation

Mail your payments to:               SN Servicing Corporation
                                     PO BOX 000630
                                     DALLAS, TX 75284-0630

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will **not** continue to accept your insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage. You should take the following action to maintain coverage: contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.

You should also be aware of the [illegible] which [illegible] in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605).

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

SN Servicing Corporation for [illegible]-Series II Trust
Customer Service Department

**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

August 4, 2016

JUDY NAPOLITANO
10631 ROYCROFT ST
SUN VALLEY CA 91352

RE:  **New Loan Number:**
Old Loan Number:
Collateral: 10631 ROYCROFT STREET UNIT 95, SUN VALLEY CA

As stated in previous correspondence, the servicing of your mortgage loan has been transferred from SpecialIzed Loan Servicing, LLC to SN Servicing Corporation for Igloo Series II Trust effective August 2, 2016

If your loan is secured by real estate, please contact your insurance carrier to have the mortgagee clause changed to the following:

**SN Servicing Corp**
**ISAOA ATIMA**
**P.O. Box 35**
**Eureka, CA 95502**

Please have your insurance carrier forward a copy of your insurance policy with the mortgagee clause change to our Escrow Department at the address shown above. If your property is located in a flood hazard zone which starts with an "A" or "V", we will also require a copy of your flood insurance policy.

If you or your insurance carrier have any questions, please contact Michaela Rice at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m., Pacific Time.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY. Notwithstanding anything in this letter to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these considerations apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

SN Servicing Corporation for Igloo Series II Trust
Escrow Department

| FACTS | WHAT DOES [ ] SERVICING CORPORATION [ ] DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and account balances<br>• transaction history and credit history<br>• [ ] and mortgage rates and payments<br><br>When you are no longer our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons [ ] Servicing Corporation chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does [ ] Servicing share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes— such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes— to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes— information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes— information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| Questions? | Call toll-free [ ] or go to [ ] |
|---|---|

[illegible content block regarding limiting sharing and mail-in form]



## SN SERVICING CORPORATION - FEE SCHEDULE (effective 4/16/14)

Main Office: NMLS ID #35825   Branch Office: NMLS ID #40185

The following is a list of fees and charges that, subject to applicable laws of the document evidencing your loan, may be imposed in connection with the servicing of your loan. Please note that the fees listed below are subject to change.

| FEE | AMOUNT | DESCRIPTION |
|---|---|---|
| Late Charge Fee | Refer to loan documents | Penalty the homeowner pays when a mortgage payment is made after the due date grace period. Addressed stated in these monies [illegible] subject to state law limits. |
| NSF or Returned Check Fee | Varies | Fee charged when a payment by check is returned or not paid by your bank because of insufficient funds in the checking account. Bank fee may affect fee. |
| Prepayment Fee | Refer to loan documents | Loan documents may require you to pay an additional fee if you pay off your loan in advance of the maturity date. |
| Property Inspection Fee | $20.00 | Fee charged if the loan is in default and we can not make contact with you to ascertain the condition of the property, in accordance with HUD Guidelines, where applicable. |
| Broker Price Opinion Fee | $85.00 - $150.00 | Fee charged for determining the value and condition of the property when loan payments are past due, in accordance with HUD Guidelines, where applicable. |
| Appraisal Fee | $150.00 - $650.00 | Fee charged for appraisal used to determine the value and condition of the property. This appraisal vendor costs are passed through to you without mark-up for an actual cost charged vendor costs. |
| Recording Fee | Based on jurisdiction | Fee charged by the relevant jurisdiction for recording the release of mortgage. |
| Release Fee | Actual fees and costs, in accordance with jurisdictional requirements | Fee paid to a third party charged at payoff for preparing the release of mortgage. |
| Foreclosure Attorney Fees and Costs | Varies | Fees and costs associated with protection of collateral. Foreclosure attorney fees and costs will vary by filing type and are limited to the actual fees and costs, and are charged in accordance with Fannie Mae guidelines, where applicable. [illegible] |
| Bankruptcy Attorney Fees and Costs | Varies | Fees and costs associated with preserving obligations. Bankruptcy attorney fees and costs will vary by bankruptcy chapter type and are limited to actual fees and costs, and are charged in accordance with Fannie Mae guidelines, where applicable. |
| Property Preservation Costs | Varies | Fees required to preserve the property. Will vary according to each situation and required expenses, and are limited to actual fees and costs. |
| Verification of Mortgage | $10.00 | Fee required to provide a documentation of the existing payment history, account balance, and history of loan to a third party. State law may dictate the fee amount, and these will only be charged where permitted by state law. |

The fees listed below will be imposed for services that you request.
This will be imposed to agree to pay these charges at the time you request the service.

| FEE | AMOUNT | DESCRIPTION |
|---|---|---|
| Check by Phone | $15.00 | Fee charged for making a payment by phone. State law may dictate this fee amount, and these will only be charged where permitted by state law. |
| Express Mail Fee | Actual charge | Actual charge from delivery service provider, such as UPS or FedEx, for expedited delivery of documents. |

No charge for any of the following services:

| | | |
|---|---|---|
| Copy of loan documents | Amortization Schedule | Duplicate Annual Statement |
| Pay-Off | Loan Modification | Payment History |
| Loss Mitigation Processing | Payoff Statement Fee | Copy of loan documents |